UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 12-1162 VAP (FFM) | Date | March 7, 2013 |
|---|---|---|---|
| Title | AARON HOWARD THOMAS v. ANDREW ESPINOZA, JR., SERGEANT, CITY OF BARSTOW POLICE DEPT., et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendants:

None Present                                            None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE**

On September 14, 2012, this Court entered an Order Dismissing the Complaint with Leave to Amend. Plaintiff was granted thirty days leave to file an amended complaint. On November 16, 2012, this Court issued an Order to Show Cause regarding Dismissal for Failure to Prosecute ("OSC"), a copy of which is attached hereto and incorporated herein. Plaintiff was granted until November 30, 2012 to respond to the OSC. As of the date of this order, plaintiff has neither filed a first amended complaint nor filed a response to the OSC.

The Court, *sua sponte*, will provide plaintiff with one additional opportunity to file his amended complaint. Therefore, unless plaintiff shows cause in writing within 15 days of the date of this order why the action should not be dismissed, the Court will issue a Report and Recommendation recommending that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

:

Initials of Preparer          JM