UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON HOWARD THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW ESPINOZA, JR., Sergeant, et al.,<br><br>    Defendants. | No. EDCV 12-1162 VAP (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: Aug 29 2013

                                              VIRGINIA A. PHILLIPS<br>
                                              United States District Judge