FILED
CLERK, U.S. DISTRICT COURT
AUG 29 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON HOWARD THOMAS, | No. EDCV 12-1162 VAP (FFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| ANDREW ESPINOZA, JR., Sergeant, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: Aug 29 2013

VIRGINIA A. PHILLIPS
United States District Judge